IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Patrick Ryan Fleming ) | Case No. 08-15359 NLJ |
| Christy Dawn Fleming, ) | Chapter 7 |
| ) | |
| Debtors. ) | |

## PAYMENT OF FUNDS TO THE CLERK
## PURSUANT TO BANKRUPTCY RULE 3010

The trustee reports that all orders of the court have been complied with and that pursuant to the Trustee's Final Report and Proposed Distribution, all additional dividend checks have been issued and mailed to creditors at their last known addresses.

The claim distributions listed on the report entitled *Dividends Remitted To The Court* attached as "Exhibit A" have not mailed for the reason that the additional dividend to be paid to each creditor is under $5.00. Accompanying this report is a check payable to the Clerk of the Court for the total amount of $5.22, which is paid in accordance with Rule 3010 of the Federal Rules of Bankruptcy Procedure.

                          /s/ G. David Bryant, Trustee
                          G. David Bryant, Trustee
                          KLINE, KLINE, ELLIOTT & BRYANT, P.C.
                          720 NE 63rd Street
                          Oklahoma City OK 73105
                          (405) 848-4448
                          (405) 842-4539- fax

Date: 09/20/10                                                                                                                                          Page:

## DIVIDENDS REMITTED TO THE COURT
Check Number 1014 Dated 09/20/10
Case Number 08-15359 - FLEMING, PATRICK RYAN

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Victor T. Wilson, M.D.<br>c/o Works & Lentz, Inc.<br>3030 NW Expressway Suite 1300<br>Oklahoma City OK 73112<br>1089313082 | 000014 | 80.00 | 4.95 |
| Oklahoma Tax Commission<br>Benkruptcy Section<br>General Counsel's Office<br>120 N. Robinson, Suite 2000<br>Oklahoma City, OK  73102-7471<br>2007 Income Tax<br>ID328OS | 000012-2 | 4.30 | 0.27 |
| ---------- Remittance Total -------------- | | 84.30 | 5.22 |

_____
G. DAVID BRYANT, TRUSTEE

COURT1                                                                                                       Printed: 09/20/10 02:26 PM    Ver: 15.20